DALTON v. CAMP

No. 495PA99

Case below: 135 N.C.App. 32

Petition by plaintiff for discretionary review pursuant to G.S 7A-31 allowed 2 December 1999 for the limited purpose of remanding to Court of Appeals for reconsideration in light of *Sara Lee Corp. v. Carter*, 351 NC 27 (1999). Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

DEERMAN v. BEVERLY CALIFORNIA CORP.

No. 501P99

Case below: 132 N.C.App. 234

Petition by defendant (Beverly California Corp.) for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

ESPINOSA v. MARTIN

No. 513P99

Case below: 135 N.C.App. 305

Petition by petitioner (Blue Ridge Savings Bank, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000. Petition by petitioner (Blue Ridge Savings Bank, Inc.) for writ of certiorari to review the order of the North Carolina Court of Appeals denied 2 March 2000.